# Court of Appeals
# of the State of Georgia

ATLANTA,  August 25, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1786.  DOUGLAS GIBSON, JR v. SHANIRIKA SPRADLEY.**

This case was docketed by this court on July 14, 2021, and appellant's brief and enumerations of error were due August 3, 2021. Appellant sought and was granted a 20-day extension of time in which to file, and his brief was thus due on or before August 23, 2021. As of the date of this order, Appellant still has not filed a brief and enumeration of errors and has not requested an additional extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  08/25/2021*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*